# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :   No. 54 EM 2020

v.   :

MALIK HOWIE   :

PETITION OF: GEORGE S. YACOUBIAN, JR., ESQ.   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2020, in consideration of the Motion to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County for it to determine whether counsel should be permitted to withdraw, as well as any related questions, including whether to appoint Malik Howie new counsel or to permit him to proceed *pro se*.

    The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order regarding this remand within 60 days and to notify this Court promptly of its determination.